# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

140982

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ANTHONY MARTEL JORDAN,
          Defendant-Appellant.

SC: 140982
COA: 295171
St Clair CC: 08-000808-FH

_____/

       On order of the Court, the application for leave to appeal the March 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

0830